

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:    01-13-00752-CV

Style:    Angela Cornejo and Carlos Portillo v. Mae Kathleen Borchardt, M.D. f/k/a Mae Kathleen

Hayes, M.D., Stephen J. Hilgers, M.D., Danielle Niemeyer, M.D., Jamie Respondek, R.N.,

Mayoor Bhatt, M.D., Sharon Ann Woodson, R.N. and St Joseph Medical Center

Date motion filed*:    September 17, 2013

Type of motion:    Appellant's request for extension to file record

Party filing motion:    Appellant

Document to be filed:    Clerk's record and reporter's record

Is appeal accelerated?    Yes

If motion to extend time:

Original due date:    September 7, 2013

Number of previous extensions granted:    Current Due date:

Date Requested:    None

Ordered that motion is:

☐    Granted

If document is to be filed, document due:

☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

☐    Denied

☑    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

On September 16, 2013, the Clerk of this Court notified the clerk and court reporter that the record had not been
filed and requested that the record, a request for an extension, or a response to the notice be filed no later than
October 7, 2013. If additional time is necessary, the Court may extend the deadline to file the record if requested
by the clerk or court reporter. *See* TEX. R. APP. P. 35.3(c). Accordingly, we dismiss appellant's motion.

Judge's signature:    /s/ Terry Jennings
                     ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:    September 26, 2013

November 7, 2008 Revision